# STEPHENS, BARONI, REILLY & LEWIS, LLC

**MEMO ENDORSED**

ATTORNEYS AND COUNSELORS AT LAW
NORTHCOURT BUILDING
175 MAIN STREET, SUITE 800
WHITE PLAINS, NY 10601
(914) 761-0300
(914) 683-5185

FAX (914) 761-0995
www.sbrllaw.com

ROLAND A. BARONI, JR.  rbaroni@sbrllaw.com
STEPHEN R. LEWIS  slewis@sbrllaw.com

COUNSEL
GERALD D. REILLY  greilly@sbrllaw.com
JOSEPH P. ERIOLE

NORTHERN WESTCHESTER OFFICE
OLD POST ROAD PROFESSIONAL BUILDING
CROSS RIVER, NEW YORK 10518

SERVICE NOT ACCEPTED
BY FAX OR EMAIL

March 16, 2022

Via ECF
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Application granted/~~denied~~.

SO ORDERED:

/s/ Kenneth M. Karas
Hon. Kenneth M. Karas
3/16/22

Re: *USA v. Julien Rene*
21-Cr-477
16-Cr-785

Dear Judge Karas:

On May 24, 2021 I appeared before the Hon. Vincent L. Briccetti and was assigned to represent Julien Rene on a revocation of supervised release. Following that appointment, on July 28, 2021 I appeared before the Hon. Judith C. McCarthy for Mr. Rene's arraignment on the substantive charge of violating 18 U.S.C. 922(g) and the case was assigned to you. Subsequently the violation of supervised release was also taken by you.

My CJA voucher reflects the date of July 28, 2021 and I therefore need your approval to reflect the assignment *nunc pro tunc* back to Judge Briccetti's initial appointment date of May 24, 2021 rather than July 28, 2021 as it currently exists.

Accordingly, my application is that you approve my CJA appointment *nunc pro tunc* to May 24, 2021. Thank you for your attention.

Very truly yours,

Stephen R. Lewis

SRL:dc