UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

       -against-                                      ORDER

                                                        Docket No. 21 CR 00477 (KMK)

Julien Rene,                                                 16 CR 00785 (KMK)

               Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

John S. Wallenstein, Esq., is to assume representation of the defendant in the above captioned matter as of August 11, 2025. Mr. Wallenstein is appointed pursuant to the Criminal Justice Act. His address John S. Wallenstein, Esq., Law Offices of John S. Wallenstein, 1100 Franklin Avenue, Garden City, NY 11530, (516) 742-5600,

Email: JSWallensteinEsq@outlook.com

Stephen R. Lewis is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
         August 25, 2025