# LAW OFFICES
## JOHN S. WALLENSTEIN
### 1100 FRANKLIN AVENUE
### GARDEN CITY, NEW YORK 11530
### (516) 742-5600  FAX (516) 742-5040
### EMAIL: JSWallensteinEsq@outlook.com

December 4, 2025

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

> **Re:  United States v. Julien Rene (VOSR)**
> **Docket # 21 CR 477 (KMK); 16 CR 785(KMK)**

Dear Judge Karas;

This matter is scheduled for conference on December 15.  Mr. Rene has an ongoing state case, the resolution of which is expected to affect the disposition of this Violation. We therefore request an adjournment of this matter until late January, so that the state case can be resolved and we may move forward.

AUSA John Sarlitto advises that the government does not object to this adjournment.

Ms. Bordes advises that the Court is available on January 22, 2026  at 10:30 a.m.

Thank you for your courtesy and consideration.

Granted.

So Ordered.

12/4/25
JSW/hs

Respectfully yours,

*John S. Wallenstein*

JOHN S. WALLENSTEIN

cc:  AUSA John Sarlitto (by ECF)

USPO Jaleesa Harris (by email)