Case 7:21-cr-00477-KMK    Document 40    Filed 04/16/26    Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 16, 2026

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    *United States v. Julien Rene*, 21 Cr. 477 (KMK); 16 Cr. 785 (KMK)

Dear Judge Karas:

The Government and defense counsel write jointly to request that the VOSR status conference in the above-referenced matters, which is currently scheduled for Monday, April 20, 2026, be adjourned for a period of approximately 60 days. This adjournment would allow for further progress toward a potential resolution of the state criminal matter pending against the defendant in Mount Vernon City Court (*People v. Julien Rene*, Case No. CR-03197-25). The Government and defense counsel understand that pretrial hearings in that matter are currently scheduled for May 5, 2026. The defendant is not currently detained on this VOSR proceeding.

The parties and U.S. Probation have apprised the Court's deputy of this request and will work with the Court's deputy to select a date and time convenient for the Court.

Granted. The conference is
adjourned to 6/ 15 /26, at 10:30

So Ordered.

4/16/26

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ *John Sarlitto*
    John Sarlitto
    Assistant United States Attorney
    (914) 993-1909

CC:    John Wallenstein, Esq. (by ECF and email)
       Jaleesa Harris, U.S. Probation (by email)